UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 08-20636-CV-UNGARO/O'SULLIVAN**

WILLIAM CRAIG CAMPBELL,

    Plaintiff/Petitioner

v.

UNITED STATES BUREAU OF PRISONS
and JORGE PASTRANA, WARDEN,
FEDERAL CORRECTIONAL INSTITUTION,
SATELLITE CAMP, MIAMI, FLORIDA

    Defendant/Respondent
_____/

**RESPONDENT'S NOTICE OF RE-FILING PREVIOUSLY SEALED RECORDS**

    Consistent with the Court's Order (D.E. 19), the Respondents hereby re-file previously sealed docket entries 4 and 5, along with all of the exhibits attached to those pleadings.

Dated: May 27, 2008

    Respectfully submitted,

    R. ALEXANDER ACOSTA
    UNITED STATES ATTORNEY

    By: s/ Lawrence N. Rosen
        LAWRENCE N. ROSEN
        (Fl.BarNo.282911)
        Assistant United States Attorney
        E-mail: Larry.Rosen@usdoj.gov
        United States Attorney's Office
        99 N.E. 4th Street, Suite 300
        Miami, Florida 33132
        Tel: (305) 961-9321
        Fax: (305) 530-7139
        Counsel for Respondent

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on this   27   day of May, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified.

                s/ Lawrence N. Rosen
                LAWRENCE N. ROSEN
                Assistant United States Attorney

**SERVICE LIST**
William Campbell v. U.S. Bureau of Prisons
Case 08-20636-Civ-UNGARO
United States District Court, Southern District of Florida

Patricia Jean Kyle, Esq.
779 Brickell Plaza
Suite 606
Miami, Florida
33131
Tel: 305.372.3325
Fax: 305.372.1644

E-Mail:
patricia@kylecrimlaw.com

Counsel for Plaintiff

Lawrence N. Rosen
Assistant U.S. Attorney
E-mail: Larry.Rosen@usdoj.gov
U.S. Attorney's Office
99 NE 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 961-9321
Fax: (305) 530-7139

Attorney for Respondent
via Notices of Electronic Filing generated
by CM/ECF

 s/ Lawrence N. Rosen
    LAWRENCE ROSEN