UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 08-20636-CIV-UNGARO**

WILLIAM CRAIG CAMPBELL,

    Plaintiff,

vs.

UNITED STATES BUREAU OF PRISONS and
JORGE PASTRANA, Warden, Federal Correctional
Institution, Satellite Camp, Miami, Fla.,

    Defendants.

_____

**NOTICE OF FILING PURSUANT TO COURT ORDER**

The undersigned Assistant United States Attorney, consistent with the Court's Order of March 13, 2008, paragraph 3, submits and files the following:

    1. Pre-sentence Investigation Report (not filed, but delivered to Chambers)

    2. Judgment and Commitment Order, with the Sentencing Order

    3. Sentencing Transcript

    4. Government Sentencing Memorandum

    5. Defendant's Sentencing Memorandum

Dated: March 14, 2008

    Respectfully submitted,

    R. ALEXANDER ACOSTA
    UNITED STATES ATTORNEY

By: s/ Lawrence N. Rosen
    LAWRENCE N. ROSEN
    (Fl.BarNo.282911)
    Assistant United States Attorney
    E-mail: Larry.Rosen@usdoj.gov
    United States Attorney's Office
    99 N.E. 4th Street, Suite 300
    Miami, Florida 33132
    Tel: (305) 961-9321
    Fax: (305) 530-7139
    Counsel for Defendant
    United States

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 14 day of March, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified.

                                      s/ Lawrence N. Rosen
                                      LAWRENCE N. ROSEN
                                      Assistant United States Attorney

**SERVICE LIST**
William Campbell v. U.S. Bureau of Prisons
Case 08-20636-Civ-UNGARO
United States District Court, Southern District of Florida

Patricia Jean Kyle, Esq.
779 Brickell Plaza
Suite 606
Miami, Florida
33131
Tel: 305.372.3325
Fax: 305.372.1644

E-Mail:
patricia@kylecrimlaw.com

Counsel for Plaintiff

Lawrence N. Rosen
Assistant U.S. Attorney
E-mail: Larry.Rosen@usdoj.gov
U.S. Attorney's Office
99 NE 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 961-9321
Fax: (305) 530-7139

Attorney for Defendant
via Notices of Electronic
Filing generated by CM/ECF

    s/ Lawrence N. Rosen
    LAWRENCE ROSEN